**Eric Shane THRONEBURG, Plaintiff—Appellant,**

v.

**Charles R. PERDUE, Jr., Defendant— Appellee.**

No. 06–2329.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 7, 2007.

Decided: Sept. 27, 2007.

William J. Akers, Akers Law Office, Princeton, West Virginia, for Appellant. Stuart A. McMillan, Diana Leigh Johnson, Bowles, Rice, McDavid, Graff & Love, PLLC, Charleston, West Virginia, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Shane Throneburg appeals the district court's order granting summary judgment to Defendant and dismissing Throneburg's civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Throneburg v. Perdue,* No. 1:06–cv–00203 (S.D.W.Va. Nov. 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*